UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                          Plaintiff<br><br>v.<br><br>MELODY WILLIAMS,<br>                          Defendant | No. 17-02260 |

## DEFAULT JUDGMENT

AND NOW, this __31st__ day of __July__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, May 16, 2017 and, after due service of process on Defendant, MELODY WILLIAMS, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MELODY WILLIAMS, in the amount of $5,212.77. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: July 31, 2017

                                            Kate Barkman
                                            Clerk, United States District Court
                                            EasternDistrict of Pennsylvania

                              By:    s/ Terry Milano
                                            Deputy Clerk